1  MCGREGOR W. SCOTT
   United States Attorney
2  PATRICK J. SUTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559)497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7
                    IN THE UNITED STATES DISTRICT COURT
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,          | Case No.: 1:16-MC-00060-BAM

11 |              Plaintiff,            | **ORDER TERMINATING FINAL ORDER OF CONTINUING GARNISHMENT (RETIREMENT ANNUITY)**

               v.
12
   JOSEPH M. CUELLAR,                   Criminal Case No. 1:10-CR-00285-LJO
13
              Defendant and Judgment Debtor.
14

15 CALIFORNIA PUBLIC EMPLOYEES'
   RETIREMENT SYSTEM,
16  (and its Successors and Assignees)
              Garnishee.
17

18      The Court, having reviewed the court files and the United States' Application for Order

19 Terminating Final Order Of Continuing Garnishment (Retirement Annuity), and finding

20 good cause therefrom, hereby GRANTS the Application.  The Final Order of Continuing Garnishment

21 issued under this miscellaneous case number against Joseph M. Cuellar is hereby TERMINATED

22 pursuant to 28 U.S.C. § 3205(c)(10)(A) and this case is hereby CLOSED.

23

24 IT IS SO ORDERED.

25 Dated:  **February 15, 2018**            /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28
                                          1
   ORDER TERMINATING FINAL ORDER
   OF CONTINUING GARNISHMENT
   (RETIREMENT ANNUITY)